RECEIVED-CLERK
U.S. DISTRICT COURT

2009 MAR 20  A 10: 38

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

Ping Yip
58 West Saddle River Road
Saddle River NJ 07458
Tel: 201-316 6270 or 201-995 0838
Fax: 201-995 0839
Email: Yip510@aol.com

09-1293(FSH)

Ping Yip (Winnie)

Plaintiff

Vs
Hallmark Gift Land
Super Smarty Pants
Amazon.com
La Toys Etcetra
eTreasures Gifts

Defendants

**Civil Action**

**COMPLAINT**

Dated Mach 20, 2009

**Jury Trial Requested**

---

Plaintiff, Ping Yip (Winnie), by way of complaint against Defendants
Hallmark Gift Land; Super Smarty Pants; Amazon. Com; La Toys Etcetra;
eTreasures Gift, says:

1. Plaintiff has her principal place of business at Saddle River, New Jersey.

2. Defendant Hallmark Gift Land is a store under the laws of the State of
   New Jersey, at 43 Preakness Shopping Center, Wayne, NJ 07470.
   Hallmark Gift Land Marketing Corp. P.O. Box 419 580 M.D. 163,
   Kansas City, MO 64141.

Page 1 of 5

Dockets.Justia.com

3. Defendant Super Smarty Pants is a corporation organized under the laws of the State of Pennsylvania, at 29 Laflin Road, Laflin PA 18702.

4. Defendant Amazon.com is a corporation organized under the laws of the State of Washington, at Suite 1200 12th Avenue South, Seattle, WA 98144-2734.

5. Defendant, La Toys Etcetera is a corporation organized under the laws of the State of New York, at 82 Columbia Avenue, Cedarhurst, NY 11516.

6. Defendant, eTreasures Gifts is a corporation organized under the laws of the State of Connecticut, at 22 Kibbe Grove Road Somers, CT 06071.

7. This action arises under the patent laws of the United States, 35 U.S.C.A. 271, 2841, 283 et seq; Subjeect matter jurisdiction is conferred on this Court by 28 U.S.C.A. 1331 and 1338(a). Venue is proper in this Court under 28 U.S.C.A. 1391(b), 1391(c), and 1400(b).

## First Count

### (Patent Infringement)

1, On Nov 4, 2003, United States Letters Patent No. 6,641170 B2 was issued for an invention entitled "Children's Sound Book", listing Winnie Yip ( Ping Yip) as the inventor. A true and correct copy of the patent is attached and included by reference as Exhibit #1.

2. This invention relates to childern's sound books and in particular to books having a fabric covering with sound chips positioned therein and an overlapping cover which closes and locks due to hook and loop fasteners. This invention involves a folding cloth covered book that is appealing to children, pleasant to touch and stretches out into an elongated representation of the book subject matter. Sound chips and a controller are mounted

between cloth layers and are coupled to a controller similarly mounted to emit sound when a particular representation is contacted. The books are intended for children 6 months old and above.

3. Defendants' products infringe the technology covered by patent No. 6,641170 B2. The methodology behind making the Happy Birthday singing book and the travel sized Old MacDonald's Farm singing book almost exactly copies Plaintiff's patented products, with only minor changes in artwork. Exhibit # 2

4. Defendants have and continue to use, sell and offer to sell these children's sound books, which infringes upon elements of one or more claims of the patent, without license from Ping Yip (Winnie), in this judicial district and elsewhere throughout the United States. Exhibit # 3 (Super smarty Pants.Net). Exhibit # 4 (eTreasures Gifts)

5. By making, using, selling, and/or offering for sale its patent, Defendants have directly and indirectly contributed to the infringement of one or more claims of the patent under 35 U.S.C.A. 271(a), (b), (c), and (f), literally and/or under the doctrine of equivalents.

6. On information and belief, Defendants' infringement of the patent has been and continues to be willful and deliberate.

Second Count

(Willful infringement of patent and premeditated violation of the law)

7. Defendant Hallmark gift land made a false testimony. The evidence clearly shows that Defendant was lying, yet he ignored Plaintiff's request for settlement terms. Exhibit # 5

8. Defendant Amazon.com had promised Plaintiff that it will not make, use, sell, or offer for sale the infringed patented products that belong to Plaintiff on September 17, 2008 at Honorable Patty Shwartz's Court Room of United States District Court Of New Jersey. Since then, Amazon.com has betrayed this promise and continues promoting and marketing counterfeit products. Exhibit # 6

9. Defendant La Toys Etcetera had promised Plaintiff that it will not make, use, sell, or offer for sale the infringed patented products that belong to Plaintiff on September 17, 2008 at Honorable Patty Shwartz's Court Room of United States District Court Of New Jersey. Since then, La Toys Etctera has betrayed this promise and continues promoting and marketing counterfeit products. Exhibit # 7

10. As a direct and proximate consequence of the acts and practices of Defendants, Plaintiff has been, is being, and unless such acts and practices are enjoined by the court, will continue to suffer injury in business and property rights, for which she is entitled to relief under 35 U.S.C.A. 283. 284. Wherefore, Plaintiff demands the entry of a judgment from this court:

(a) Declaring that United States Letters Patent was duly and legally issued, is valid and is enforceable.

(b) Declaring that Defendant has directly infringed one or more claims of the patent.

(c) Declaring that Defendant has willfully infringed one or more claims of the patent.

(d) Declaring that Defendants Amazon.com and La Toys Etcetera have premeditatedly violated the law and shall receive penalties.

(e) Declaring that Defendant Hallmark gift land made a false testimony and shall receive penalties.

(f) Awarding Plaintiff damages in accordance with 35 U.S.C.A. 283 and 284.

(g) Awarding Plaintiff its costs in connection with this action.

(h) Awarding Plaintiff such other and further relief as this court deems equitable and just.

Ping Yip (Winnie)

Exhibit 1

# The United States of America

## The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America for the term set forth below, subject to the payment of maintenance fees as provided by law.*

*If this application was filed prior to June 8, 1995, the term of this patent is the longer of seventeen years from the date of grant of this patent or twenty years from the earliest effective U.S. filing date of the application, subject to any statutory extension.*

*If this application was filed on or after June 8, 1995, the term of this patent is twenty years from the U.S. filing date, subject to any statutory extension. If the application contains a specific reference to an earlier filed application or applications under 35 U.S.C. 120, 121 or 365(c), the term of the patent is twenty years from the date on which the earliest application was filed, subject to any statutory extensions.*

Director of the United States Patent and Trademark Office



US006641170B2

(12) **United States Patent**
Yip

(10) Patent No.: **US 6,641,170 B2**
(45) Date of Patent: **Nov. 4, 2003**

(54) **CHILDREN'S SOUND BOOK**

(76) Inventor: **Winnie Yip**, 58 W. Saddle River Rd., Saddle River, NJ (US) 07458

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/965,091**

(22) Filed: **Sep. 27, 2001**

(65) **Prior Publication Data**

US 2003/0057696 A1 Mar. 27, 2003

(51) Int. Cl.$^7$ .................................................. **B42D 3/00**
(52) U.S. Cl. ............................. **281/29**; 281/36; 281/37; 281/38; 281/51; 434/317
(58) Field of Search ............................. 281/29, 36, 37, 281/51; 402/70, 73; 434/317, 327, 339, 169

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,235,974 A * 8/1993 Miller ........................ 607/108

5,356,296 A * 10/1994 Pierce et al. ................ 434/317
5,997,304 A * 12/1999 Wood .......................... 434/169

* cited by examiner

Primary Examiner—Willmon Fridie, Jr.
(74) Attorney, Agent, or Firm—Richard A. Joel, Esq.

(57) **ABSTRACT**

This invention relates to children's sound books and in particular to books having a fabric covering with sound chips positioned therein and an overlapping cover which closes and locks due to hook and loop fasteners. This invention involves a folding cloth covered book that is appealing to children, pleasant to touch and stretches out into an elongated representation of the book subject matter. Sound chips and a controller are mounted between cloth layers and are coupled to a controller similarly mounted to emit sounds when a particular representation is contacted. The books are intended for children 6 months old and above.

**2 Claims, 5 Drawing Sheets**





FIG. 1



FIG. 2



FIG.3



FIG. 4



FIG. 5

# CHILDREN'S SOUND BOOK

## CROSS-REFERENCE TO RELATED APPLICATIONS

None

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Research and development of the present invention and application have not been federally sponsored, and no rights are given under any Federal program.

## REFERENCE TO A MICROFICHE APPENDIX

None

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to children's sound books and in particular to books having a fabric covering with sound chips positioned within the fabric covering representing various animals, etc. and an overlapping cover which closes and locks due to hook and loop fasteners. Touching the animals activates a controller that causes a sound to emanate from the representation.

2. Description of the Related Art Including Information Disclosed under 37 CFR §§1.97–1.98

The prior art includes numerous books for young children generally made of plastic or paper materials. This prior art includes books that show animals, letters, numbers, etc. and even books that reproduce sounds representative of the animals or letters depicted therein. This invention, however, involves a folding cloth covered book which is appealing to children, pleasant to touch and stretches out into an elongated representation of the book subject matter. Sound chips or a microphone are mounted between cloth layers and are coupled to a controller similarly mounted to emit sounds when a particular representation is contacted. The books are intended for babies 6 months old and above. The books provide both entertainment and a learning experience.

## SUMMARY OF THE INVENTION

A book for young children comprises a fabric-covered structure having a base and folding portions at each end that overlap and are secured together with VELCRO® or hook and loop fasteners. The interior of the book in an open position has various representations such as animals, letters, numbers, etc. which when contacted by the child emit a sound representative of that designation. The book includes a plurality of sound chips coupled to a controller operated by batteries. Activating a particular switch causes a sound to be emitted from that particular location. The animals, numbers and so forth are raised representations that are sewn to the fabric background and readily accommodate a particular sound chip or monitor in the raised portion thereof. The raised designations provide a more realistic image of the representation and are pleasant to touch and feel.

The books of the invention contain pictures and sounds that are attractive to babies and small children and create a mental association. This relationship can motivate children to start reading early. If children follow a series of applications books, they should be able to read "A-B-C's" and some simple words by 12 to 24 months. This preschool knowledge will greatly assist them when they start school.

The invention may include specifically books on "A-B-C; 1-2-3" and simple words such as animals, toys and stories.

Accordingly, an object of this invention is to provide a new and improved children's book that is attractive and appealing to small children.

A further object of this invention is to provide a fabric covered sound book for small children wherein touching a particular designation causes a related sound to be emitted.

A still further object of this invention is to provide a new and improved children's book wherein the book has raised designations containing switches or sound chips beneath the fabric overlay in order to relay sounds to the particular designations upon contact.

A more specific object of this invention is to provide a fabric covered children's book wherein the front cover is held together with VELCRO® or hook and loop fasteners and includes sound devices mounted between the front and rear covers beneath a raised fabric representation and activated by touch.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects of the invention may be more readily seen when viewing in conjunction with the accompanying drawings wherein.

FIG. 1 is a representation of the book in a closed position.

FIG. 2 is a representation of the book in a front opened position.

FIG. 3 shows the sound chips and controller on the interior of the fabric cover.

FIG. 4 shows the front cover peeled back to reveal internal insulation.

FIG. 5 shows the rear of the book in an open position.

## DETAILED DESCRIPTION OF THE INVENTION

Referring now to the drawings, the invention comprises a sound book 10 for small children which includes an elongated base 11 having end portions 12, 13 which fold outwardly at 23 and 24 respectively and wherein end portion 12 overlaps end portion 13. The ends 12, 13 are secured together by VELCRO® or hook and loop fasteners 14a, 14b and edges 31, 32 have a curved configuration.

The book 10 as represented in FIG. 1 discloses representations 25 of farm animals such as horses, roosters, cows, etc, but the book 10 may alternatively disclose letters, numbers, words, etc. The book 10 is covered on the outside with fabric 15 so that is pleasant to the touch. The animals 25 depicted thereon are raised representations sewn directly to the fabric 15.

The base portion 11 is covered with fabric 15 as shown in FIG. 5 and the end portions 12, 13 reveal a plurality of animals, flowers and tractors 16. These representations 16 are sewn to the fabric 15 but do not have sound mechanisms mounted thereunder. Other decorative pictures may be printed on the fabric.

A barn representation is also shown at 17 on the front portion 15 wherein the entrance 18 is attached by VELCRO® or hook and loop fasteners (not shown). Lifting the entrance 18 reveals batteries 19 and a control element 20 for the sounds. A plastic inner layer 21 protects the wires 22 that run to the various animals 16 from the control element 20.

In use, the book 10 is opened by detaching VELCRO® or hook and loop fasteners 14a, 14b on the end portion 12 from the end portion 13. One fastener 14a is on the rear portion

**3**

of the fold **13** while the other fastener on the front portion of fold **12**. Curved edges **23** and **24** overlap to provide a cover for the book **10**.

The book **10** includes a plurality of raised representations **25** such as animals, etc. that are sewn onto the fabric **15** to provide conspicuous raised representations. Mounted beneath each animal **25** is a sound chip **26** that emits a sound corresponding to the representation **25** upon touch. The sound chips **26** are connected by wires **22** to the controller **20** that activates the sound chips **26** when the circuit is closed by touch. The base interior portion includes an insulating layer **21** that is located internally of the fabric **15** outer layer.

The end folds **12** and **13** include representations on the outer portion thereof that become highly visible when they are folded onto one another to form a cover. The base portion **28** merely forms a backing for the book **10**.

While the invention has been explained by a detailed description of certain specific embodiments, it is understood that various modifications and substitutions can be made in any of them within the scope of the appended claims, which are intended also to include equivalents of such embodiments.

What is claimed is:

1. A sound book for small children having representations which emit corresponding sounds upon touch comprising:

   a rear fabric portion having elongated sides and curved end portions having edges;

   a front fabric portion having edges sewn to the rear fabric portion edges and having a plurality of raised representations mounted at predetermined locations thereon;

**4**

   a plurality of sound means to emit a sound each mounted beneath a raised representation to which the sound corresponds;

   a controller activated by touching a particular representation to cause sounds to be emitted from the particular sound means corresponding to the representation;

   means coupling the controller to the sound means

   batteries mounted within the controller to provide a power source;

   a removable fabric portion on the front fabric portion having hook and loop fasteners;

   mating hook and loop fasteners on the front fabric portion to engage the hook and loop fasteners of the removable fabric portion;

   wherein the controller is mounted beneath the removable fabric portion,

   a layer of insulating material mounted between the front fabric portion and the rear fabric portion, and;

   wherein the front and rear fabric portions include transverse folds forming two folds such that the rear portions overlap and cover the front fabric portion.

2. A sound book for small children having representations that emit corresponding sounds upon touch in accordance with claim 1 herein:

   the fold on the front fabric portion includes a hook and loop fastener; and,

   the opposite fold on the rear fabric portion includes a hook and loop fastener to engage the fastener on the overlapping front fabric portion.

\*    \*    \*    \*    \*

Exhibit 2

# The Singing Happy Birthday Book

## Sing, Sing a Song, Open Up and Sing Along...

### Press the musical note...it's fun!
...then laugh and sing with everyone!

Press musical note...
...Sings, "Happy Birthday to You!"



- 2 AAA batteries required. (not included)
- Phillips head screwdriver needed for battery insertion.
- Do not mix new and used batteries.
- Do not mix alkaline and cadmium batteries.
- Do not mix rechargeable and non-rechargeable batteries.

Instructions for Battery Installation:

1. Open up book.
2. Open top layer of Birthday Cake.
3. Remove bag containing battery pack.
4. Using a Phillips head screwdriver, open battery case.
5. Insert 2 AAA batteries.
6. Screw case cover back on.
7. Place battery case back inside bag.
8. Slide back into top layer of Birthday Cake.
9. Close velcro door.
10. Enjoy!



...Insert Your Favorite
### Birthday Photos
inside the plastic pockets!

...then have Party Guests
### Sign Back of Book
using the Attatched Marker!



Patent Pending
Copyrighted 2002  All Rights Reserved

Distributed by JAAM, LLC.
P.O. BOX 2130, Wayne, NJ 07470
973-686-1655

Recommended Ages: 6 months and up
Handmade in China. All new materials.
65% polyester, 35% cotton.
reg. no. pa-8785(rc)

**Warning: Plastic carrying case is not a toy. Keep away from children at all times.**

6 86196 27296 6

# ■■■® Our Brand New Traveling
# Old MacDonald's Farm Singing Book
## Sing, Sing a Song,
## Open Up and Sing Along...
### Go ahead and press the pig, press the horse,
### press each one and have yourself lots and lots of fun!



Press me,
I'll say
neigh, neigh

Press me, I'll sing
Old MacDonald's Farm

Press me
and I'll
crow

Press me,
I'll say
oink, oink

• 2 AAA batteries required ( not included)
• Phillips head screwdriver #0 needed
  for battery insertion

Instructions for battery installation:
1. Open up book.
2. Open the barn door.
3. Remove bag containing battery pack
4. Using a Phillips head screwdriver,
   open battery case.
5. Insert 2 AAA batteries.
6. Screw case cover back on.
7. Place battery case back inside bag.
8. Slide back into barn door.
9. Close Velcro door.
10. ENJOY!!

### Whether in the stroller or in your car, you will hear your
### child's laughter playing with our Old MacDonald's Farm.



**Also look for our other
soft books/playmats**

**WARNING:**
Do not mix old and new batteries.
Do not mix alkaline, standard (carbon-zinc),
or rechargeable (nickel-cadmium) batteries.

CE

© 1999 JAAM® LLC. All rights reserved.
P.O. BOX 2130, WAYNE, NJ. 07470

Recommended Ages: 10 months and up
Handmade in China. All new materials.
35% polyester, 65% cotton.
reg. no. pa-8785(rc)



6 86196 27292 8

**WARNING:**
Plastic carrying case
is not a toy.
Keep away from
children at all times.

Exhibit 3

RECEIVED-CLERK
U.S. DISTRICT COURT

2008 JUL 11  A 9: 13

Yip and Tsang
V.
Bear Hands Ltd. Et. Al.

2:08-cv-02876-FSH-PS

## ANSWER TO COMPLAINT

Dear Mr. Feng Li, ESQ,

This letter is in response to the complaint that was served on 6/26/08 regarding case number 2:08-cv-02876-FSH-PS Yip and Tsang V. Bear Hands Ltd. Et. Al.

My name is Jennifer Maddox and I am the former owner of SuperSmartyPants.net. The business *SuperSmartyPants.net* was sold to Farukh Shroff on March, 23 2008. Please see the attached affidavit and indemnity. To verify this transaction or to obtain a signed copy of the affidavit you may contact Matthew from Yahoo! Small Business Customer Care at 503-615-3622 case # 1962103, or you may contact Andre at 503-844-2303 also from Yahoo! Small Business Customer Care.

Unfortunately, when you printed out the contact information from the SuperSmartyPants.net website, it had not been updated yet. I have printed out the same page you did, and you can clearly see that my contact information is no longer listed. I do not have the exact address for Mr. Shroff; however I have attached a copy of his contact information from Merchant Circle. He is located in Wilkes-Barre, PA, and he can be reached at 570-655-7266.

I am requesting that you please remove my name and address from all documents related to this lawsuit, and please forward all future correspondence to the current owner of SuperSmartyPants.net, Farukh Shroff.

Sincerely,

*Jennifer Maddox*

Jennifer Maddox

## AFFIDAVIT AND INDEMNITY

## REGARDING THE SUPERSMARTYPANTS.NET WEB SITE

The undersigned executes this Affidavit and Indemnity for the purpose of inducing Yahoo! Inc. ("Yahoo!"), through ts officers, directors and agents, to provide Farukh Shroff (collectively, "Buyer") with the usernames, passwords, ecurity codes and other information needed for Buyer to access the Yahoo! store located at www.supersmartypants.com the "Web Site") with the associated Yahoo! ID "supersmartypants". The undersigned hereby represents and warrants as ollows:

1. On March 23rd, 2008, Buyer agreed to purchase from Jennifer Maddox ("Seller") and Seller agreed to sell to Buyer all of Seller's assets owned or used in connection with the business operating under the Web Site (the "Sale Transaction"), all as is further evidenced by an asset purchase and sale agreement dated March 23rd, 2008 (the "APA").

2. Attached hereto as Exhibit A is a true and correct copy of the APA.

3. The Sale Transaction was consummated on March 23rd, 2008, and, in accordance with the terms of the APA, eller assigned, transferred and conveyed to Buyer all of Seller's rights, titles and interests in and to the Web Site, ncluding, without limitation, any and all rights to the Yahoo! store comprising the Web Site, all as is further evidenced y the written assignment (the "Assignment").

4. Buyer will **indemnify, defend and save harmless,** Yahoo!, its officers, directors and agents from and against any nd all liabilities, loss, damage, charges, counsel fees, and other expenses of any nature which may arise as a result of ny third party claiming to own the Yahoo! store comprising the Web Site and/or otherwise claiming that Buyer is not uthorized to access the Yahoo! store.

5. Buyer agrees to adhere to and be bound by the terms and conditions of the Yahoo! Small Business Terms of ervice, as such may be amended and updated from time to time as provided therein. A copy of the now current Yahoo! mall Business Terms of Service are attached hereto as Exhibit B.

6. Buyer's obligations under this Affidavit and Indemnity are binding upon its successors and assigns.

DATED this second day of May 2008.

Farukh Shroff ("Buyer")

Signature:___

Print Name:_____

eum

# SuperSmarty Pants.NET
## Jennifer@ supersmartypants.net    phone # 561-758-7865

**SEARCH** [        ]

## Search

Search for: [                                ] [Search]

■ = words found     ■ = words found together     ■ = all words found

### Old MacDonald's Farm Soft Singing Book/Playmat

Our Old Macdonald Had A Farm musical baby book is 3 feet long whe
open and can double as a soft play mat! Your child will delight in the
colorful farm scene ... The big surprise is when your child presses the
sunflower in this baby soft book and hears the classic children's
song"Old MacDonald Had A Farm". Introduce your baby to the joy of
books with this Musical Baby Book! Safe for infants as young as six
months. ...

### Personalized Kids Books
Our personalized kid books feature your child's name, and can be
ordered as gift sets, or on ... own. Choose from My Very Own Fairytal
or My Very Own Name. Our baby soft books are a must for any new
baby. When you read to your baby, you are laying the foundation for a
lifetime love affair with books! The benefits of exposing babies to book
are endless, and it's a great way to bond with your baby. Our baby so
books are so big when ...

### ABC Soft Singing Book/Playmat

A playful scene shows animals and children at play, A through Z! Pres
the ... 2 AA batteries – not included. Will ship within 24 to 72 hours. at
soft-singing-bookplaymat ...

### Maisy Bookends

Maisy has a nose for books, so what better way to organize your child
books than with Maisy and her friends. These vibrant bookends will
delight ... your children to journey along with Maisy and her friends.
(Clean with soft, damp cloth. No assembly required.) Dimensions:
7"x4"x7.5" maisy ...

### Links To Mom Owned Businesses
The Mom Pack™ is a cooperative, volunteer group of working moms
dedicated to promoting each others' businesses online and offline in a
variety of ways, including link swaps ...

### A Pirate's Life Bookends
Raise the Jolly Roger! The pirate flag flies high to warn other ships
away from your child's treasure trove of books. Beautifully detailed sh
bookends are painted on both sides for versitle use in any room. (Clea
with soft, damp cloth. No assembly required.) a-pirates-life-bookends

-Select Brand Name-

Home > *ABC Soft Singing Book/Playmat*

## Musical Baby Book

Games

Toys

Puppet Theaters and Puppets

Wooden Toys and Games

Wall Activity Panels

Outdoor Fun

Ride-Ons Pedal Cars and Accessories

Learning Cubes

Personalized Kids Books

Musical Instruments for Kids

Bath Time and Potty Training

Car Seat Covers And Travel Accessories

Baby Feeding

Safety Products for Kids

Personalized Baby Clothes

Comfy Crawlers

Designer Diaper Bags

Christening Gowns

Baby Costumes

Play Furniture

Round And Heart Shaped Cribs

Play Tables

Furniture and Accessories

Computer Desks & Accessories

Gift Baskets and More

Lovable Labels

Blog

Inflatable Pools

Inflatable Pools and Floats

Huggee Miss You Dolls





 Click to Enlarge

| | |
|---|---|
| Code: | abc-soft-singing-bookplaymat |
| Price: | $34.95 |

Send to a friend         Add To Cart

A playful scene shows animals and children at play, A through Z! Press the chair and hear an 揺BC Song掴 in a playful child掘 voice, or press any of the 26 items to hear the letter and its name.

An excellent learning tool for preschoolers, or to reinforce learning for elementary age students.

*3 feet long when open.*

*27 sounds!!*

*Requires 2 AA batteries 厩 not included.*

*Will ship within 24 to 72 hours.*

Enter Email Address

Exhibit 4

# e Treasures Gifts



- Home
- Unique Gift Ideas
- Friendship Gifts
- Glass Flowers
- Glass Fruit
- Ceramic Travel Mugs
- Money Banks & Jars
- Collectible Toys
- Novelty Picture Frames
- Baby Gift Ideas
- Home, Office & Garden
- Sports Themed Gifts
- Clearance Sale
- Recommended Links

- Show Order
- Privacy Policy
- Information
- Search
- Index
- **Y! SHOPPING**

## TRAVEL SIZE SOFT SINGING BOOK



This soft fabric book from Jaam is the perfect size for car and stroller. Press the farmer and the book will sing Old MacDonald's Farm. The rooster, pig and horse make real animal sounds. Comes in its own pastic carrying case and includes 3 AAA so you can use it right away. Recommended for ages 10 months and up. Click images for enlarged view

**Availability:** Usually ships in 2-3 business days.

**$17.95**   Order

Can't find what you're looking for? Ask Eileen! Email us your wish list and we will be happy to shop for you!





We're featured in **Buyer's Index!**

Home Unique Gift Ideas Baby Gift Ideas Friendship Gifts Glass Flowers Glass Fruit Ceramic Travel Mugs Money Banks and Jars Collectible Toys Novelty Picture Frames Home,Office & Garden Sports Themed Gifts Clearance Sale Links Index

Google [                    ]  Search

○ Web  ⊙ http://www.etreasuresgifts.com

etreasure@cox.net | Kibbe Grove Rd | Somers, CT 06071 | Tel: 860-463-6305



Shipping Order Review Confirmation

# e Treasures Gifts

Thank you for your order. We appreciate your business. Please <u>print this page</u> for your records. Ground orders will be processed and shipped within 2 business days. 2nd day air and 3 day orders will be processed and shipped no later than 1 business day. Please note that 2nd day and 3 day air time in transit is based on business days. Week ends and holidays are excluded. Please e-mail us at etreasure@cox.net if you have any questions on the timing of your delivery.

If you have any questions about your order, please <u>Contact Us</u>

**Your Order**

| | Item | Cost |
|---|---|---|
| 1 | **Ceramic Bluebird Housewarming Gift Set** | $14.95 |
| 1 | **Travel Size Soft Singing Book** | $17.95 |
| | Subtotal: | $32.90 |
| | Shipping: | $8.67 |
| | Tax: | $0.00 |
| | Total: | $41.57 |

## Order Confirmation

### Confirmation

> **Order Date:** 03/10/2009
> **Order Number:** etreasure-14115

### Ship To

> **Shipping Method: Ground**

### Bill To

Exhibit 5

# Wai Yip International Corporation

Richard L. Friedman, Esq.
43 Highlander Drive
Scotch Plains, NJ 07076

Dear Richard L. Friedman

I still waiting for your client Hallmark gift Land to give the information how many books
they had sold, when, and who manufacture those books? did Hallmark manufacture those
books? Does Hallmark still sell those books now? I never had any settlement with
Hallmark, and can not have any resolution unless I have all information from your client.
Attach the court order from Judge Patty Shwartz

Very truly yours,

Winnie Yip

Ping Yip (Winnie)
oct 16, 2008

cc to
united states magistrate Judge
s/ patty shwartz

Exhibit 2

 **Wai Yip International Corporation**

Richard L. Friedman, Esq.
43 Highlander Drive
Scotch Plains, NJ 07076

Dear Richard L. Friedman:

I would like to have a settlement with your client Hallmark Gift Land to avoid having this case reopened and costing both parties further attorney's fees. I need a true answer about where the books came from and when the last order was for those books, so we can have an accurate settlement based on the number of my books that Hallmark Gift Land sold. Please notify your client to follow court order and to certify the truth. The evidence (DVD and tape recording) is included, and the transcript will be sent to you as soon as it is ready.

Thank You.

CC to United States Magistrate Judge
S/ Patty Shwartz

Ping Yip (Winnie)
Jan.8, 2009

Exhibit 6



Hello, Maurice. We have recommendations for you. (Not Maurice?)

FREE 2-Day Shipping, No Minimum Purchase

Maurice's Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Cards                    Your Account  |  Help

| Toys & Games |

**Department**
**Toys & Games**
   Party Supplies (1)

Brand
 Any Brand
 **JAAM**

☑ Include Out of Stock

**Listmania!**


Listmania!
create
your list
**HERE**
learn how

Create a Listmania! list

**Search Listmania!**

## Toys & Games › JAAM

Showing 1 Result

Sort by | Bestselling

1.

**The Singing Happy Birthday Book**
Buy new: **$27.99**
In Stock
› Show only JAAM items

· · SPONSORED LINKS (What's this?) · · ·

**Wood & Organic Toys**
www.ecoTimeToys.com    Premium selection of eco-friendly toys for babies and children

**Educational Toys**
www.USPHome.com    Learning Resources® Toys & More Educational Toys for Kids

**Educational Toys For Kids**
www.SpeedyDog.net    Interactive Toys Make Learning Fun! Buy Unique & Creative Toys & Games

**Search Feedback**

Did you find what you were looking for?  [Yes]  [No]

If you need help or have a question for Customer Service, please visit the Help Section.

ADVERTISEMENT

Sprint

One family.
One bill.

Get it now

ADVERTISEMENT

**ORDINARY PHONE SERVICE**    **Vonage**    **START SAVING! ▶**

Search powered by A9

**Where's My Stuff?**
• Track your recent orders.
• View or change your orders in Your Account.

**Shipping & Returns**
• See our shipping rates & policies.
• Return an item (here's our Returns Policy).

**Need Help?**
• Forgot your password?
• Buy gift cards.
• Visit our Help department.

**Your Recent History**   (What's this?)

Exhibit 7

Hello, Maurice. We have recommendations for you. (Not Maurice?)       FREE 2-Day Shipping, No Minimum Purchase

Maurice's Amazon.com       Today's Deals       Gifts & Wish Lists       Gift Cards

Your Account | Help

**Toys & Games**

Toys & Games

Browse Categories & Characters    Bestsellers    Hot New Releases    Building Sets    Dolls    Electronics For Kids    Games    Preschool    Baby    Toys Outlet

This item is not eligible for Amazon Prime when purchased from LaToys Etcetera. See more buying choices

## The Singing Happy Birthday Book
Other products by JAAM
No customer reviews yet. Be the first.

Price: $27.99

**In Stock.**
Ships from and sold by **LaToys Etcetera**.

Only 1 left in stock--order soon.

**$27.99** + $9.95 shipping
In Stock. Ships from and sold by
**LaToys Etcetera**
Quantity: 1

**or**

Sign in to turn on 1-Click ordering.

**More Buying Choices**

Get it for less!

Have one to sell?

See larger image

Share your own customer images

## Product Features

- Ages 6 months and up
- requires 2 AAA batteries (not included)

✉ **Share with Friends**

## Product Details

**Shipping Weight:** 1 pounds (View shipping rates and policies)

**ASIN:** B000XZ6YH0

**Item model number:** 27296

**Average Customer Review:** No customer reviews yet. Be the first.

Would you like to **give feedback on images**?

## Product Description

**Product Description**
Sing, Sing a Song, Open Up and Sing Along... Press the musical note...It's fun! Insert your favorite birthday photos.

## Customers Viewing This Page May Be Interested in These Sponsored Links  (What's this?)

**Singing Birthday** Telegram
www.NationwideSingingTelegram.com   Costumed Singers w/ Balloons. Personalized Routine. 866-504-8863.

The College Humor Show
MTV.com/TheCollegeHumorShow   This Sunday At 9:30/8:30C Marks The Final Episode Of The Season On MTV

Video **Singing** Telegram
www.EllensEntertainment.com   Video, Phone, or Email Comedy Costumed Characters, Funny Voices

Advertise on Amazon

## Suggested Tags from Similar Products ( What's this?)

Be the first one to add a relevant tag (keyword that's strongly related to this product).

Search Products Tagged with

GO

› See most popular Tags

Check a corresponding box or enter your own tags in the field below.

amazon oddities (4)

glowsticks (2)

super mario (2)

halloween (3)

mario bros (2)

toddler clothing (1)

ducky (2)

party (2)

glow (2)

pokemon (2)



**Your tags:** [ ]  Add
(Press the 'T' key twice to quickly access the "Tag this product" window.)

**Help others find this product - tag it for Amazon search**
No one has tagged this product for Amazon search yet. Why not be the
first to suggest a search for which it should appear?

## Rate This Item to Improve Your Recommendations

**Rate this item**
☆☆☆☆☆ ☐ I own it

## Customer Reviews

**There are no customer reviews yet.**    [Create your own review]

**Video reviews**

 **New feature!** Amazon now allows customers to upload
product video reviews. Use a webcam or video camera to
record and upload reviews to Amazon.

ADVERTISEMENT



## Customer Discussions Beta (What's this?)
New! See all customer communities, and bookmark your communities to keep track of them.

**This product's forum (0 discussions)**

| Discussion | Replies | Latest Post |
|---|---|---|
| No discussions yet | | |

Ask questions, Share opinions, Gain insight

**Start a new discussion**

Topic: [ ]

**Related forums**

party supplies (start the discussion)

toys  (93 discussions)

**Active discussions in related forums**

| Discussion | Replies | Latest Post |
|---|---|---|
| toys<br>⊞ Amazon growing in con artists like ebay? | 280 | 19 hours ago |
| toys<br>⊞ Sellers Wall of Shame!!! | 149 | 23 hours ago |
| toys<br>⊞ Made in the USA! | 105 | 1 day ago |
| toys<br>⊞ DEFENSE OF VENDORS ON AMAZON MARKETPLACE | 72 | 1 day ago |
| toys<br>⊞ Amazon has got to stop these overpriced vendors. | 301 | 2 days ago |
| toys<br>⊞ Price Gaugers Should Be Shot!!!!!! | 68 | 2 days ago |
| toys<br>⊞ I love Care Bears! | 3 | 3 days ago |

## Product Information from the Amapedia Community Beta (What's this?)

**From:** auto-confirm@amazon.com <auto-confirm@amazon.com>
**To:** gbillb1@aol.com <gbillb1@aol.com>
**Subject:** Your Order with Amazon.com
**Date:** Sat, 14 Mar 2009 12:43 pm

Amazon.com
Logo

**Thanks for your order, gene bail!**

**Want to manage your order online?**
If you need to check the status of your order or make changes, please visit our home page at Amazon.com and click on Your Account at the top of any page.

**Purchasing Information:**

**E-mail Address:**

**Billing Address:**                              **Shipping Address:**

**Order Grand Total: $37.94**

Get the **Amazon.com Visa Card** or the **Amazon.com Business Visa Card instantly** and **automatically get $30 back** after your first purchase. Plus get up to **3% rewards**.

**Order Summary:**

**Shipping Details : LaToys Etcetera**

**Order #:**                102-9641416-2421849
**Shipping Method:**        Standard
**Shipping Preference:**    Group my items into as few shipments as possible
Subtotal of Items:          $27.99
Shipping & Handling:        $9.95
                            ------
**Total for this Order:  $37.94**

**Delivery estimate:** March 19, 2009 - March 24, 2009
**Shipping estimate for these items:** March 16, 2009 - March 17, 2009
**1 "The Singing Happy Birthday Book"**
    JAAM; Toy; $27.99

        Sold by: LaToys Etcetera

**Where can I get help with reviewing or changing my orders?**
To learn more about managing your orders on Amazon.com, please visit our Help

pages at amazon.com/help/orders/.

Please note: This e-mail message was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

Thanks again for shopping with us.

**Amazon.com**
**Earth's Biggest Selection**

☐ Prefer not to receive HTML mail? Click here